VERNA BAILEY, Respondent, *v.* JOSEPH HERRMANN and HERBERT HERRMANN, Appellants.

Fourth Department, December 23, 1937.

*Edward T. Malone,* for the appellants.

*Charles G. Signor,* for the respondent.

Same decision and like cause of action as in companion case last above.

All concur. Present — SEARS, P. J., EDGCOMB, LEWIS, CUNNING-HAM and TAYLOR, JJ.